**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone No. (702) 685-4444
Facsimile No. (725) 220-4360
Email: ccarlyon@carlyoncica.com
*Counsel for Latigo Reno, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIC (RENO) LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LATIGO RENO, LLC, a Delaware limited liability company; ROBERT A. DALY, JR., an individual; MARK S. MARON, an individual; and MARK S. MARON and SUSAN L. MARON, as trustees of the MARON LIVING TRUST under agreement dated October 6, 2001,<br><br>Defendant. | Case No. 3:26-CV-00196-ART-CSD<br><br>**AMENDED STIPULATED ORDER TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY** |
| LATIGO RENO, LLC, a Delaware limited liability company,<br><br>Counterclaimant<br><br>vs.<br><br>RIC (RENO) LLC, a Nevada limited liability company,<br><br>Counterdefendants | |
| LATIGO RENO, LLC, a Delaware limited liability company,<br><br>Third Party Plaintiff | |

vs.

TIG ROMSPEN US MASTER MORTGAGE LP, ROMSPEN (REOMASTER) II HOLDINGS INC., VALEO GP 2, CONRAD SICK, and , and GARY CITRON,

Third Party Defendants

Plaintiff, RIC (Reno) LLC, and Defendant/Counterclaimant/Third Party Plaintiff, Latigo Reno, LLC, ("Latigo"), by and through their undersigned counsel, hereby stipulate and agree as follows (the "Stipulation"):

WHEREAS, on March 19, 2026, Plaintiff RIC (Reno) LLC, filed a Complaint against Latigo, Case No. Case 26-cv-00196-ART-CSD (the "Complaint");

WHEREAS, pursuant to this Court's Minute Order of July 13, 2026, the Court has scheduled the initial Case Management Conference on **Thursday, August 27, 2026, at 9:00 a.m.** in Reno Courtroom 2 before Magistrate Judge Craig S. Denney, in person, with instructions for local counsel to appear with any attorney practicing *pro hac vice*;

WHEREAS, Counsel for Latigo has made prior travel arrangements, flying out of Las Vegas on August 27, 2026, and lead counsel for RIC (Reno) LLC resides out-of-state and is appearing *pro hac vice*:

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, AND JOINTLY REQUESTED OF THE COURT, THAT the Case Management Conference on **Thursday, August 27, 2026, at 9:00 a.m.** be conducted remotely for all counsel who intend to appear.

**CARLYON CICA CHTD.**

By: */s/ Candace C. Carlyon*______
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
*Counsel for Latigo Reno LLC*

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Kyle S. Hirsch*___________
KYLE S. HIRSCH
Phoenix, AZ USA / Dallas, TX USA
*Counsel for* RIC (Reno) LLC

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE
DATED: July 15, 2026