**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RIC (RENO) LLC, a Nevada limited liability company,

Plaintiff,

vs.

LATIGO RENO, LLC, a Delaware limited liability company; ROBERT A. DALY, JR., an individual; MARK S. MARON, an individual; MARK S. MARON and SUSAN L. MARON, as trustees of the MARON LIVING TRUST under agreement dated October 6, 2001; and SUSAN L. MARON, in her capacity as the spouse of Mark S. Maron,

Defendants.

LATIGO RENO, LLC, a Delaware limited liability company,

Counterclaimant

vs.

RIC (RENO) LLC, a Nevada limited liability company,

Counterdefendants

Case No.: 3:26-cv-00196-ART-CSD

**ORDER GRANTING**

FIRST STIPULATED ORDER TO CONTINUE OPPOSITION DEADLINE TO MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS AND SEVER; OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT OF SURVIVING CLAIMS

| | |
|---|---|
| LATIGO RENO, LLC, a Delaware limited liability company,<br><br>Third Party Plaintiff<br><br>vs.<br><br>TIG ROMSPEN US MASTER MORTGAGE LP, ROMSPEN (REOMASTER) II HOLDINGS INC., VALEO GP 2, CONRAD SICK, and GARY CITRON,<br><br>Third Party Defendants | |

Latigo Reno, LLC ("Latigo"), by and through its undersigned counsel, and Plaintiff, RIC (Reno) LLC, a Nevada limited liability company ("Plaintiff" or "RIC") (collectively the "Parties"), hereby stipulate and agree as follows (the "Stipulation"):

**STIPULATION**

WHEREAS, on July 31, 2026, RIC filed its Motion to Dismiss Defendant's Counterclaims and Sever; or Alternatively, for More Definite Statement of Surviving Claims. [ECF No. 42] (the "Motion to Dismiss").

WHEREAS the current deadline for Latigo to file its Opposition to the Motion to Dismiss is August 14, 2026;

**WHEREAS,** counsel for Latigo believes additional time is necessary to allow the parties to adequately review the relevant materials, conduct any necessary research, and prepare a complete and thorough brief addressing the issues presented;

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that the parties agree to extend the deadline for Latigo to file an opposition from August 14, 2026 to August 21, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

No other deadlines are affected by this Stipulation.

**IT IS SO STIPULATED AND AGREED.**

**CARLYON CICA CHTD.**

By: /s/ *Candace Carlyon*
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

*Counsel for Latigo Reno, LLC*

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ *Kyle S. Hirsch*
Sean K. McElenney
Nevada Bar No. 9122
Kyle S. Hirsch
(Admitted Pro Hac Vice)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Email: sean.mcelenney@bclplaw.com
Justin M. Winerman
(Admitted Pro Hac Vice)
161 North Clark St., Suite 4300
Chicago, Illinois 60601
Email: sean.mcelenney@bclplaw.com
kyle.hirsch@bclplaw.com
justin.winerman@bclplaw.com

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Arthur A. Zorio
Nevada Bar No. 6547
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Email: azorio@bhfs.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: August 11, 2026