**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone No. (702) 685-4444
Facsimile No. (725) 220-4360
Email: ccarlyon@carlyoncica.com

*Counsel for Latigo Reno, LLC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIC (RENO) LLC, a Nevada limited liability company,<br>Plaintiff,<br>vs.<br><br>LATIGO RENO, LLC, a Delaware limited liability company; ROBERT A. DALY, JR., an individual; MARK S. MARON, an individual; MARK S. MARON and SUSAN L. MARON, as trustees of the MARON LIVING TRUST under agreement dated October 6, 2001; and SUSAN L. MARON, in her capacity as the spouse of Mark S. Maron,<br><br>Defendants. | Case No.: 3:26-cv-00196-ART-CSD<br><br>ORDER GRANTING<br>**FIRST STIPULATED ORDER TO CONTINUE ANSWER DEADLINE TO THIRD PARTY COMPLAINT** |
| LATIGO RENO, LLC, a Delaware limited liability company,<br><br>Counterclaimant<br>vs.<br><br>RIC (RENO) LLC, a Nevada limited liability company,<br><br>Counterdefendants | |

| | |
|---|---|
| LATIGO RENO, LLC, a Delaware limited liability company,<br><br>Third Party Plaintiff<br><br>vs.<br><br>TIG ROMSPEN US MASTER MORTGAGE LP, ROMSPEN (REOMASTER) II HOLDINGS INC., VALEO GP 2, CONRAD SICK, and GARY CITRON,<br><br>Third Party Defendants | |

Latigo Reno, LLC ("Latigo"), by and through its undersigned counsel, and VALEO GP 2, Conrad Sick, and Gary Citron (collectively the "Third-Party Defendants"), hereby stipulate and agree as follows (the "Stipulation"):

**STIPULATION**

WHEREAS, on July 10, 2026, Latigo filed its *Answer to Complaint for Breach of Written Loan Agreement and Guaranty Agreements; Counterclaim and Third-Party Complaint* [ECF No. 21] (the "Third-Party Complaint").

WHEREAS the current deadline for Third-Party Defendants to file their Answer to the Third-Party Complaint is August 24, 2026;

WHEREAS, Third-Party Defendants believe additional time is necessary to allow them to adequately review the relevant materials, conduct any necessary research, and prepare a complete and thorough brief addressing the issues presented;

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that the parties agree to extend the deadline for Third-Party Defendants to file an Answer from August 24, 2026 to September 28, 2026.

/ / /

/ / /

/ / /

/ / /

No other deadlines are affected by this Stipulation.

**IT IS SO STIPULATED AND AGREED.**

**CARLYON CICA CHTD.**

By: /s/ *Candace C. Carlyon*
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

*Counsel for Latigo Reno, LLC*

**VALEO GP 2**

**By:** ______________________
Name: ______________________
Its: ______________________
4050 Wincrest Drive
Rockwall, TX 75032

**CONRAD SICK**

______________________
4050 Wincrest Drive
Rockwall, TX 75032
Email: conradsick70@gmail.com
*Pro Se*

**GARY CITRON**

Gary L Citron
______________________
13812 Malena Drive
Tustin, CA 92780
Email: jgcitron@aol.com
*Pro Se*

No other deadlines are affected by this Stipulation.

**IT IS SO STIPULATED AND AGREED.**

**CARLYON CICA CHTD.**

By: /s/__________
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

*Counsel for Latigo Reno, LLC*

**VALEO GP 2**

By: ______________
Name: CONRAD SICK
its: PRINCIPAL
4050 Wincrest Drive
Rockwall, TX 75032

**CONRAD SICK**

______________
4050 Wincrest Drive
Rockwall, TX 75032
Email: conradsick70@gmail.com
*Pro Se*

**GARY CITRON**

______________
13812 Malena Drive
Tustin, CA 92780
Email: jgcitron@aol.com
*Pro Se*

IT IS SO ORDERED.

______________
UNITED STATES MAGISTRATE JUDGE

Dated: August 13, 2026