Robert A. Ryan, Esq. #12084
robert@knightryan.com
Scott A. Knight, Esq. #9083
scott@knightryan.com
KNIGHT & RYAN
8880 W. Sunset Rd., Ste. 130
Las Vegas, Nevada 89148
Telephone: 702.462.6083

*Attorneys for Defendants,*
*Latigo Reno, LLC, Mark S. Maron,*
*Mark S. Maron and Susan L. Maron,*
*as Trustees of the Maron Living Trust*
*u/a/d October 6, 2001*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIC (RENO) LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LATIGO RENO, LLC, a Delaware limited liability company; ROBERT A. DALY, JR., an individual; MARK S. MARON, an individual; and MARK S. MARON and SUSAN L. MARON, as trustees of the MARON LIVING TRUST under agreement dated October 6, 2001,<br><br>Defendants. | Case No.: 3:26-CV-00196-ART-CSD<br><br>**SUBSTITUTION OF COUNSEL FOR LATIGO RENO, LLC, MARK S. MARON, MARK S. MARON AND SUSAN L. MARON AS TRUSTEES OF THE MARON LIVING TRUST UNDER AGREEMENT DATED OCTOBER 6, 2001** |

Pursuant to LR IA 11-6(c), Defendant, Latigo Reno, LLC, and specially appearing Defendants, Mark S. Maron, individually, and Mark S. Maron and Susan L. Maron as Trustees of the Maron Living Trust under agreement dated October 6, 2001 hereby substitutes:

Robert A. Ryan, Esq. #12084
Scott A. Knight, Esq. #9083
KNIGHT & RYAN
8880 W. Sunset Rd., Ste. 130
Las Vegas, Nevada 89148
Telephone: 702.462.6083

in the above-entitled action, in place of and instead of Candace C. Carlyon, Esq. of the law firm of CARLYON CICA CHTD.

Consistent with LR IA 11-6(c), the foregoing stipulation is executed by the represented clients, including those specially appearing, the withdrawing counsel and the newly appearing counsel of record.

We hereby authorize the above and foregoing substitution.

Dated this 20th day of August 2026.

Defendants

Latigo Reno, LLC

By: */s/ Mark S. Maron*
Mark S. Maron, Manager

By: */s/ Mark S. Maron*

Mark S. Maron and Susan L. Maron as Trustees of the Maron Living Trust under agreement dated October 6, 2001 (appearing specially)

By: */s/ Mark S. Maron*
Mark S. Maron, individually (appearing specially)

We hereby consent to the above and foregoing substitution.

Dated this 20th day of August 2026.

CARLYON CICA CHTD.

By: */s/Candace C. Carlyon*
Candace C. Carlyon, Esq. #2666
265 E. Warm Springs Road, Suite 107
Las Vegas, Nevada 89119

We are duly admitted to practice in this district and hereby accept the above and foregoing substitution as attorneys for Defendant, Latigo Reno, LLC, and specially appearing Defendants, Mark S. Maron, individually, and Mark S. Maron and Susan L. Maron as Trustees of the Maron Living Trust under agreement dated October 6, 2001.

Dated this 20th day of August 2026.

KNIGHT & RYAN

By: */s/ Robert A. Ryan*
Robert A. Ryan, Esq. #12084
Scott A. Knight, Esq. #9083
8880 W. Sunset Rd., Suite 130
Las Vegas, Nevada 89148

APPROVED:

DATED: August 20, 2026

UNITED STATES MAGISTRATE JUDGE