Robert A. Ryan, Esq. #12084
robert@knightryan.com
Scott A. Knight, Esq. #9083
scott@knightryan.com
KNIGHT & RYAN
8880 W. Sunset Rd., Ste. 130
Las Vegas, Nevada 89148
Telephone: 702.462.6083

*Attorneys for Defendant,*
*Latigo Reno, LLC,*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIC (RENO) LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LATIGO RENO, LLC, a Delaware limited liability company; ROBERT A. DALY, JR., an individual; MARK S. MARON, an individual; MARK S. MARON and SUSAN L. MARON, as trustees of the MARON LIVING TRUST under agreement dated October 6, 2001,<br><br>Defendants. | Case No. 3:26-cv-00196-ART-CSD<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING MOTION TO QUASH AND EXTENDING TIME TO SERVE FOR CERTAIN DEFENDANTS** |
| LATIGO RENO, LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>RIC (RENO) LLC, a Nevada limited liability company, TIG ROMSPEN US MASTER MORTGAGE LP, ROMSPEN (REOMASTER II) HOLDINGS INC., VALEO GP 2, CONRAD SICK, and GARY CITRON,<br><br>Counter-Defendants. | |

Plaintiff, RIC (Reno) LLC ("RIC") and Defendants, Mark S. Maron, individually and as Trustee of the Maron Living Trust and Susan L. Maron, as Trustee of the Maron Living Trust (collectively the "Maron Defendants"), by and through its undersigned counsel, hereby stipulate and agree as follows:

1. On May 6, 2026, RIC filed two separate Proofs of Service (ECF Nos. 14-15) purporting to have served Mark S. Maron (ECF No. 14) and Susan L. Maron (ECF No. 15) at: 2036 Hillsboro Ave., Los Angeles, CA 90034.

2. The Maron Defendants contend they were not served at that address and filed a Motion to Quash Service of Process on July 7, 2026 (ECF No. 19).

3. RIC opposed the Motion to Quash Service of Process (ECF No. 38), arguing good service had occurred and simultaneously submitted a declaration from Tawni Tyndall, the process server, averring on her efforts and purported service on the Maron Defendants (ECF No. 39).

4. The Maron Defendants replied, pointing out issues with the evidence submitted and contesting service occurred on their daughter, not them personally (ECF No. 41).

5. The deadline to serve the Maron Defendants expired on June 17, 2026, pursuant to Fed. R. Civ. P. 4(m), which was before the filing of the Proofs of Service, but after the filing of the Motion to Quash.

6. Since the filing of the Motion to Quash, the Parties met and conferred concerning the issues and have reached a resolution to avoid further cost and expense for either party.

7. Specifically, the Parties agree the Motion to Quash may be and is hereby deemed withdrawn.

8. The Parties further agree that given the Proofs of Service were filed before the service deadline, but the Motion to Quash was not filed until after the service deadline expired, good cause exists to extend time for RIC to serve the Maron Defendants consistent with Fed. R. Civ. P. 4(m) through September 30, 2026.

9. The Parties further agree that service of the Complaint and Summons is hereby accepted by counsel on behalf the Maron Defendants, effective as of the date hereof.

10. The Parties further agree that the Maron Defendants shall file/serve a responsive pleading to the underlying Complaint in conjunction with the forthcoming Second Amended Answer to Complaint and Second Amended Counterclaim, which Latigo Reno, LLC anticipates filing pursuant to a separate agreement among the Parties.

KNIGHT & RYAN

By: */s/ Robert A. Ryan*
Robert A. Ryan, Esq. #12084
Scott A. Knight, Esq. #9083
8880 W. Sunset Rd., Ste. 130
Las Vegas, NV 89148
*Attorneys for Defendant/Counterclaimant, Latigo Reno, LLC, and Defendants Mark S. Maron and Susan L. Maron*

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Kyle S. Hirsch*
Sean K. McElenney
Nevada Bar No. 9122
Kyle S. Hirsch
(Admitted Pro Hac Vice)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

Justin M. Winerman
(Admitted Pro Hac Vice)
161 North Clark St., Suite 4300
Chicago, Illinois 60601

BROWNSTEIN HYATT FARBER SCHRECK, LLP

Arthur A. Zorio
Nevada Bar No. 6547
5520 Kietzke Lane, Suite 110
Reno, NV 89511

*Attorneys for Plaintiff/Counterdefendant RIC (Reno) LLC and for Counterdefendants TIG Romspen US Master Mortgage LP and Romspen (Reomaster II) Holdings, Inc.*

APPROVED:

DATED: September 2, 2026

UNITED STATES DISTRICT JUDGE
United States Magistrate Judge