Robert A. Ryan, Esq. #12084
robert@knightryan.com
Scott A. Knight, Esq. #9083
scott@knightryan.com
KNIGHT & RYAN
8880 W. Sunset Rd., Ste. 130
Las Vegas, Nevada 89148
Telephone: 702.462.6083
*Attorneys for Defendant/Counterclaimant,*
*Latigo Reno, LLC, and Defendants Mark S. Maron and Susan L. Maron*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIC (RENO) LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LATIGO RENO, LLC, a Delaware limited liability company; ROBERT A. DALY, JR., an individual; MARK S. MARON, an individual; MARK S. MARON and SUSAN L. MARON, as trustees of the MARON LIVING TRUST under agreement dated October 6, 2001,<br><br>Defendants. | Case No. 3:26-cv-00196-ART-CSD<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO MOTIONS TO DISMISS AND SETTING BRIEFING SCHEDULE** |
| LATIGO RENO, LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>RIC (RENO) LLC, a Nevada limited liability company, TIG ROMSPEN US MASTER MORTGAGE LP, ROMSPEN (REOMASTER II) HOLDINGS INC., VALEO GP 2, CONRAD SICK, and GARY CITRON,<br><br>Counter-Defendants. | |

Plaintiff and Counter-Defendant, RIC (Reno) LLC (“RIC”) and Counter-Defendants TIG Romspen US Master Mortgage LP and Romspen (Reomaster II) Holdings Inc. ( collectively with

RIC, the "Romspen Parties"); Defendant and Counterclaimant Latigo Reno, LLC ("Latigo") and Defendants Mark S. Maron, individually and as Trustee of the Maron Living Trust and Susan L. Maron, as Trustee of the Maron Living Trust (collectively with Latigo, the "Latigo Parties"); and Counter-Defendants Valeo GP 2, Conrad Sick, and Gary Citron (collectively, the "Valeo Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On October 1, 2026, the Latigo Parties filed their Second Amended Answer to Complaint for Breach of Written Loan Agreement and Guaranty Agreements and Latigo Reno, LLC's Second Amended Counterclaim (ECF No. 68).

2. The Valeo Parties timely filed a Motion to Dismiss Latigo Reno, LLC's Second Amended Counterclaim (ECF No. 70) on October 15, 2026 (the "Valeo Motion to Dismiss").

3. The Romspen Parties also timely filed a Motion to Dismiss Second Amended Counterclaims (ECF No. 71) on October 15, 2026 (the "Romspen Motion to Dismiss" and together with the Valeo Motion to Dismiss, the "Motions to Dismiss").

4. The Latigo Parties' deadline to respond to the Motions to Dismiss is currently October 29, 2026.

5. Due to the issues raised in the Motions to Dismiss and the schedule of counsel for the Latigo Parties, counsel for the Latigo Parties requested a two-week extension of time to respond to the Motions to Dismiss and offered a corresponding extension for the respective Reply Briefs, if needed.

6. The Valeo Parties and the Romspen Parties have agreed to the requested extension under the terms offered.

7. As a result, the Parties stipulate that the Latigo Parties may have two additional weeks to respond to the Motions to Dismiss, such that the responses shall be due on or before **November 12, 2026**.

8. The Parties further stipulate and agree that the Valeo Parties and the Romspen Parties may have two additional weeks to file any Replies in support of their respective Motions for a total of three weeks, such that the deadline for the Valeo Parties and the Romspen Parties to file any Reply Brief shall be on or before **December 3, 2026**.

9. This is the first request to extend the deadlines relating to the Motions to Dismiss and it is not sought for any improper purpose but is made in good faith between the Parties.

KNIGHT & RYAN

By: */s/ Robert A. Ryan*
Robert A. Ryan, Esq. #12084
Scott A. Knight, Esq. #9083
8880 W. Sunset Rd., Ste. 130
Las Vegas, NV 89148
*Attorneys for Defendant/Counterclaimant, Latigo Reno, LLC, and Defendants Mark S. Maron and Susan L. Maron*

JEPSEN LAW, PLLC

By: */s/ Kendra Jepsen*
Kendra Jepsen, Esq. #14065
1855 Plumas Street, Suite 1
Reno, NV 89509
*Attorneys for Valeo GP 2, Conrad Sick and Gary Citron*

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Kyle S. Hirsch*
Sean K. McElenney
Nevada Bar No. 9122
Kyle S. Hirsch
(Admitted Pro Hac Vice)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

Justin M. Winerman
(Admitted Pro Hac Vice)
161 North Clark St., Suite 4300
Chicago, Illinois 60601

BROWNSTEIN HYATT FARBER SCHRECK, LLP

Arthur A. Zorio
Nevada Bar No. 6547
5520 Kietzke Lane, Suite 110
Reno, NV 89511

*Attorneys for Plaintiff/Counterdefendant RIC (Reno) LLC and for Counterdefendants TIG Romspen US Master Mortgage LP and Romspen (Reomaster II) Holdings Inc.*

APPROVED:

DATED: October 30, 2026

UNITED STATES DISTRICT JUDGE